Arthur G. McKEE, Petitioner, v. COMMIS-
SIONER OF INTERNAL REVENUE,
Respondent.

No. 8316.

Circuit Court of Appeals, Sixth Circuit.

Dec. 6, 1940.

Calfee & Fogg, of Cleveland, Ohio, for
petitioner.

Samuel O. Clark, Jr., J. P. Wenchel,
and Sewall Key, all of Washington, D. C.,
for respondent.

Before HICKS, HAMILTON, and
ARANT, Circuit Judges.

PER CURIAM.

This cause was heard upon the tran-
script of the record, briefs and arguments
of counsel, on consideration whereof, it is
ordered and adjudged, that the decision of
the Board of Tax Appeals be and the same
is affirmed upon the grounds and for the
reasons set forth in the opinion of this
court this day filed in R. E. Baker v. Com-
missioner of Internal Revenue, No. 8315,
115 F.2d 987.

Harold O'BRIEN, Appellant, v. Rose S.
MILLER.

No. 11849.

Circuit Court of Appeals, Eighth Circuit.

Dec. 12, 1940.

Barnett, Seddon & James, of Kansas
City, Mo., for appellant.

Harry B. Jenkins and Chet D. Vance,
both of Kansas City, Mo., for appellee.

PER CURIAM.

. Appeal from District Court, Penn Mut.
Life Ins. Co. of Philadelphia, Pa. v. Miller,
32 F.Supp. 206, dismissed at costs of ap-
pellant but without taxation of attorney
docket fee in favor of appellee, pursuant
to stipulation.

Harold O'BRIEN, Appellant, v. Rose S.
MILLER.

No. 11850.

Circuit Court of Appeals, Eighth Circuit.

Dec. 12, 1940.

Barnett, Seddon & James, of Kansas
City, Mo., for appellant.

Harry B. Jenkins and Chet D. Vance,
both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court, Penn Mut.
Life Ins. Co. of Philadelphia, Pa. v. Miller,
32 F.Supp. 206, dismissed at costs of ap-
pellant but without taxation of attorney
docket fee in favor of appellee, pursuant
to stipulation.

Harold O'BRIEN, Appellant, v. NORTH-
WESTERN MUTUAL LIFE INSUR-
ANCE COMPANY et al.

No. 11851.

Circuit Court of Appeals, Eighth Circuit.

Dec. 12, 1940.

Barnett, Seddon & James, of Kansas
City, Mo., for appellant.

George J. Winger, Harry B. Jenkins,
and Chet D. Vance, all of Kansas City,
Mo., for appellees.

PER CURIAM.

Appeal from District Court, Penn Mut.
Life Ins. Co. of Philadelphia, Pa. v. Miller,
32 F.Supp. 206, dismissed at costs of ap-
pellant but without taxation of attorney
docket fee in favor of appellees, pursuant
to stipulation.